IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HERNAN EFRAIN ORDENEZ-RIVERA,

    Petitioner,

v.

E. EMMERICH,
Warden FCI Oxford,

    Respondent.

ORDER

Case No. 24-cv-675-wmc

---

Petitioner Hernan Efrain Ordenez-Rivera seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than October 24, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately March 26, 2024 through the date of the petition, September 26, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Hernan Efrain Ordenez-Rivera may have until October 24, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.	If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before October 24, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 26th day of September, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge